UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUAN BERNOZA MARTINEZ, et al.,

                          Plaintiffs,

         -against-

ARTURO'S PIZZA CORP., et al.,

                          Defendants.

-----------------------------------------------------------------X

22-CV-03416 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiffs served Defendants on May 2, 2022, and May 3, 2022. Defendants' answers were accordingly due by May 23, 2022, and May 24, 2022. As of the issuance of this order, neither Defendant has appeared.

    By June 7, 2022, Plaintiffs shall file a letter informing the Court whether they have been in contact with either Defendant. The letter should also state whether Plaintiff intends to move for default against either Defendant.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      June 2, 2022
                New York, New York