**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 8/3/2022 __

**JUAN BERNOZA MARTINEZ, et al.,**

                          **Plaintiffs,**                        **22-CV-03416 (PAE)(SN)**

         -against-                                        **ORDER**

**ARTURO'S PIZZA CORP., et al.,**

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

During the initial pretrial conference on July 21, 2022, Defendants indicated that they anticipated filing an amended answer to Plaintiff's amended complaint. Under the terms of the Case Management Plan issued that same day, Defendants' amended answer was due by July 30, 2022. See ECF No. 18. As of the issuance of this order, no amended answer has been filed. Defendants must file their amended answer no later than August 9, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     August 3, 2022
              New York, New York