```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUAN BERNOZA MARTINEZ, et al.,

                Plaintiffs,          22-CV-03416 (PAE)(SN)

    -against-                    **ORDER**

ARTURO'S PIZZA CORP., et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the parties' joint status letter filed October 14, 2022, the parties should be aware that the Court's earliest availability for a settlement conference as of this writing is November 28, 2022. The parties should notify the Court immediately if they wish to schedule a settlement conference by emailing chambers at Netburn_NYSDchambers@nysd.uscourt.gov with three mutually convenient dates on or after November 28, 2022.

**SO ORDERED.**

                                                   _____
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:     October 18, 2022
                 New York, New York