UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUAN BERNOZA MARTINEZ, et al.,

                              **Plaintiffs,**

         -against-

ARTURO'S PIZZA CORP., et al.,

                              **Defendants.**

-------------------------------------------------------------X

22-CV-03416 (PAE)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022

**SARAH NETBURN, United States Magistrate Judge:**

       The teleconference currently scheduled for Monday, October 31, 2022, at 11:00 a.m. is RESCHEDULED for Tuesday, November 1, 2022, at 9:00 a.m. The parties are to follow the instructions at ECF No. 31 regarding appearances and dial-in instructions. Defense counsel is ORDERED to serve a copy of this order by mail and email on the last known addresses of both defendants.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 24, 2022
                New York, New York