UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUAN BERNOZA MARTINEZ, et al.,

                      Plaintiffs,                  22-CV-03416 (PAE)(SN)

   -against-                                **ORDER**

ARTURO'S PIZZA CORP., et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As discussed during today's conference, the paper discovery deadline will remain December 15, 2022. All fact discovery shall conclude by January 31, 2023.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      November 1, 2022
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2022