UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUAN BERNOZA MARTINEZ, et al.,

                        **Plaintiffs,**   22-CV-03416 (PAE)(SN)

        -against-   **ORDER**

ARTURO'S PIZZA CORP., et al.,

                        **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The settlement conference scheduled for today, January 11, 2023, is rescheduled for January 26, 2023, at 2:00 p.m. The Court will contact the parties by email in the week before the conference to determine whether it will be held in-person or telephonically. In addition, the fact discovery deadline is extended to February 28, 2023. Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with Judge Engelmayer by March 14, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 11, 2023
               New York, New York