```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUAN BERNOZA MARTINEZ, et al.,

                                     **Plaintiffs,**                  22-CV-03416 (PAE)(SN)

           -against-                                                       **ORDER**

ARTURO'S PIZZA CORP., et al.,

                                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 5, 2023, the Court held a settlement conference at which Defendants failed to appear. Defendants' counsel was present and was directed to file a letter no later than April 19, 2023, informing the Court of whether Defendants planned to defend this case or if default should be entered. To date, no such filing has been made. Defendants' counsel is directed to file a letter of explanation no later than April 28, 2023.

**SO ORDERED.**

                                                                                     _____
                                                                                    SARAH NETBURN
                                                                                    United States Magistrate Judge

DATED:      April 21, 2023
                  New York, New York