# JULIEN MIRER SINGLA & GOLDSTEIN, PLLC

ATTORNEYS AT LAW
1 WHITEHALL STREET,
SIXTEENTH FLOOR
NEW YORK, NEW YORK 10004

JEANNE MIRER                TELEPHONE: (212) 231-2235                RIA JULIEN
RETU SINGLA                 FACSIMILE: (646) 786-3861              SETH GOLDSTEIN

September 1, 2023

***VIA ECF***

Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, NY 10007
Netburn_NYSDChambers@nysd.uscourts.gov

> ***Re:    Joint Letter Motion To Approve Settlement***
> ***Martinez et al v Arturo's Pizza et al,***
> ***22-cv-3416 (SN)***

Dear Hon. Magistrate Judge Netburn:

Undersigned  counsel represents Plaintiffs in the above captioned action. Undersigned counsel, jointly with counsel for Defendants, submit this letter requesting that the court approve the attached Proposed Settlement Agreement memorializing the terms of an agreement reached at a settlement conference held before Your Honor held on August 3, 2023.

Respectfully submitted,
_____/s_____

Ria Julien
*Attorney for Plaintiffs*