USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUAN BERNOZA MARTINEZ, et al.,

                              **Plaintiffs,**

        -against-

ARTURO'S PIZZA CORP., et al.,

                              **Defendants.**

-------------------------------------------------------------X

22-CV-03416 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On August 3, 2023, the parties to this Fair Labor Standards Act case appeared before me and reached a settlement in principle. On August 15, 2023, the parties consented to my jurisdiction, and on September 1, 2023, they submitted their settlement agreement to the Court. Upon review of the parties' written agreement, I conclude that the settlement is fair and reasonable. Based on this agreement, and on the stipulation of the parties under 28 U.S.C. § 636(c), this action is DISMISSED with prejudice with leave to reopen by October 5, 2023.

**SO ORDERED.**

                                                                              _____
                                                                              SARAH NETBURN
                                                                              United States Magistrate Judge

DATED:       September 5, 2023
                     New York, New York